FILED

2019 JUN 28  PM 1: 31

CIVIL
DISTRICT COURT

**CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS**

**STATE OF LOUISIANA**

NO. 19 – 6840                           DIVISION _____ SECTION 10

TRACY HICKMAN, individually and on behalf of his deceased minor son, ▮▮▮▮▮
▮▮▮▮▮, and all of his wrongful death beneficiaries

**VERSUS**

THOMAS J. MURRAY, JR., individually and as the agent of RAISER, LLC and UBER
TECHNOLOGIES, INC., PROGRESSIVE INSURANCE COMPANY, RAISER, LLC,
UBER TECHNOLOGIES, INC., and ABC INSURANCE COMPANY

FILED: _____                    _____
                                                    **DEPUTY CLERK**

**PETITION FOR DAMAGES**

TO THE HONORABLE CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS,
STATE OF LOUISIANA, AND THE JUDGES THEREOF:

NOW COMES Petitioner, Tracy Hickman, a person of the full age of majority,
individually and on behalf of his deceased minor son, ▮▮▮▮▮▮▮▮▮▮▮, and his
wrongful death beneficiaries, who respectfully avers as follows:

1.

Petitioner, Tracy Hickman ("Mr. Hickman"), the natural father of ▮▮▮▮▮▮▮▮▮▮,
a deceased minor, and is a resident of and domiciled in the County of Stone, Mississippi.

2.

Made defendants herein are the following:

a. Defendant, Thomas J. Murray, Jr. ("Murray") is a person of the full age of majority who
is a resident of and domiciled in the Parish of St. Tammany, Louisiana, and who, upon
information and belief, and at all relevant times, was the driver who caused the fatal
injuries to ▮▮▮▮▮▮▮▮▮▮; and

b. Progressive Insurance Company, ("Progressive"), upon information and belief, is a
foreign insurance company authorized to do and/or doing business in the State of
Louisiana and within the jurisdiction of this Court, and issued a policy of liability
insurance to Defendant Murray, covering the claims and losses alleged herein, and

CLERK, CIVIL DISTRICT COURT
421 LOYOLA AVENUE - ROOM 402
NEW ORLEANS, LA 70112
504 - 407 - 0000

Receipt Date          6/28/2019 1:41:00 PM
Cashier               jjac
Case Number           2019 - 06840
Grand Total           $ 515.00
Amount Received       $ 515.00
Balance Due           $ 0.00

Payment/ Transaction List

Item                  Charged      Paid      Bal
Petition for Damages  $ 444.50    $ 444.50   $0.00
Building Fund Fee     $ 25.00     $ 25.00    $0.00
JSC                   $ 25.00     $ 25.00    $0.00
                      essing Fee



EXHIBIT
A

VERIFIED
7/3/19

making this defendant liable *in solido* with Defendant Murray pursuant to the Louisiana Direct Action Statute (La. R.S. 22:1269);

c. Uber Technologies, Inc. ("Uber") is a foreign company authorized to do and doing business in the Parish of Orleans, Louisiana and within the jurisdiction of this Honorable Court;

d. Raiser, LLC ("Raiser") is a foreign company and a wholly owned subsidiary of Uber authorized to do and doing business in the Parish of Orleans, Louisiana and within the jurisdiction of this Honorable Court;

e. ABC Insurance Company ("ABC") is a foreign insurance company authorized to do and doing business in the Parish of Orleans, Louisiana and within the jurisdiction of this Honorable Court, and issued a policy of liability insurance to Defendant Uber, covering the claims and losses alleged herein, and making this defendant liable *in solido* with Defendant Uber pursuant to the Louisiana Direct Action Statute (La. R.S. 22:1269).

**3.**

Defendants are justly and truly indebted, jointly, severally and *in solido*, unto petitioner, pursuant to the following:

**4.**

On June 15, 2019, ▮▮▮▮ traveled from Glendora, California to Louis Armstrong New Orleans International Airport (MSY) in Jefferson Parish, Louisiana to spend his summer vacation with his father, Mr. Hickman, who lives in Perkinston, Mississippi.

**5.**

Mr. Hickman met ▮▮▮▮ at the New Orleans International Airport and the father and son departed the airport and traveled eastbound on I-10 to I-610 in Mr. Hickman's 2005 Lincoln Town Car to return to Mr. Hickman's home in Perkinston, Mississippi.

**6.**

As Mr. Hickman approached Exit 4 to Franklin Avenue on I-610, traffic became congested and Mr. Hickman slowed his vehicle.

**7.**

At approximately 12:00 p.m. on June 15, 2019, a 2013 Volvo XC 90, bearing VIN number YV4952CY4D1638982 and Louisiana license plate number 18437076, operated by Defendant Murray, failed to yield to the slowed traffic on I-610 eastbound and, consequently, crashed into the rear of the vehicle driven by Mr. Hickman at a high rate of speed.

**8.**

The violent collision between Mr. Hickman's vehicle and Defendant Murray's vehicle caused ▆▆▆▆ to suffer grievous bodily injury and conscious pain and suffering for which he was transported to University Medical Center in New Orleans, Louisiana.

**9.**

As a direct result of the injuries caused by Defendant Murray's failure to yield to traffic, ▆▆▆▆ fell into a coma on June 15, 2019 and was placed on life support.

**10.**

▆▆▆▆ remained in a coma from June 15, 2019 until June 19, 2019, when the decision was made to take ▆▆▆▆ off life support.

**11.**

Despite emergency and critical care treatment rendered by University Medical Center physicians, ▆▆▆▆ ultimately succumbed to his injuries and died on June 19, 2019, one day after his tenth birthday, with Petitioner by his side.

**12.**

Upon information and belief, at all relevant times herein, Defendant Murray was acting as an agent, servant, or employee of Uber and Raiser and actively engaged in a rideshare through the Uber platform at the time of the aforesaid collision.

**13.**

Upon information and belief, at all relevant times herein, Raiser was the wholly owned subsidiary of Uber that hired Defendant Murray to work as a driver for Uber.

**14.**

The aforesaid collision, resulting fatal injuries to ▮▮▮, and resulting wrongful death and survival damages sustained by Petitioner, were proximately and legally caused by the carelessness and negligent acts and/or omissions of Defendant Murray, including, but not limited to:

a. Failing to properly maintain control of his vehicle;

b. Failing to maintain a proper lookout;

c. Failing to bring his vehicle to a stop in the face of slowed traffic;

d. Failing to see what he should have seen;

e. Creating a dangerous situation; and

f. Failing to use reasonable vigilance.

**15.**

Defendant Murray is also responsible for other acts of negligence and/or fault which may be proven at the trial hereof, all of which are in violation of commonsense, the rules of the road and the statutes and/or ordinances of the Parish of Orleans in the State of Louisiana, all of which are pled herein as if copied *in extenso*.

**16.**

The New Orleans Police Department responded to the collision scene and after conducting an investigation of the collision, cited Defendant Murray with a violation of La. R.S. § 32:214 for his failure to exercise reasonable vigilance while operating a motor vehicle.

**17.**

Since Defendant Murray was acting in violation of one or more statutes attributable to operation of motor vehicles in the State of Louisiana at the time of the aforesaid collision, Defendant Murray acted negligently as a matter of law.

**18.**

As a result of the foregoing, petitioner Tracy Hickman has suffered keen mental anguish and emotional distress, has lost the love and affection of his son, has incurred the cost of medical

treatment for his late son's injuries, has incurred out-of-pocket expenses, including funeral and burial costs, and will continue to experience mental anguish for the remainder of his life.

WHEREFORE, Petitioner, Tracy Hickman, prays that Defendants, Thomas J. Murray, Jr., Progressive Insurance Company, Raiser, LLC, Uber Technologies, Inc., and James River Insurance Company, be served with a copy of this Complaint for Damages, for a trial by jury, and that, after due proceedings are had, Petitioner prays for judgment in his favor and against Defendants, Thomas J. Murray, Jr., Progressive Insurance Company, Raiser, LLC, Uber Technologies, Inc., and James River Insurance Company, in an amount that will compensate him for his damages pursuant to the evidence and in accordance with the law, all said sums with legal interest thereon from the date of judicial demand until paid, and for all costs of these proceedings and all general and equitable relief.

Respectfully submitted,

**GAINSBURGH, BENJAMIN, DAVID, MEUNIER & WARSHAUER, L.L.C.**

BY: _____

WALTER C. MORRISON (La. Bar #34687)
BRITTANY R. WOLF-FREEDMAN (La. Bar #36733)
2800 Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70163-2800
Telephone: (504) 522-2304
Facsimile: (504) 528-9973
Email: rdavid@gainsben.com
Email: bwolf@gainsben.com

*Attorneys for Petitioner*

**PLEASE SERVE:**

**Thomas J. Murray, Jr.**
1200 Eagle Street
Slidell, LA 70458

**PLEASE HOLD SERVICE UNTIL FURTHER NOTICE ON THE FOLLOWING DEFENDANTS (Service will be effected within 90 days of the filing of this Petition):**

**Progressive Insurance Company**
*Through Louisiana Secretary of State*
8585 Archives Avenue
Baton Rouge, LA 70809

*-and-*

**Raiser, LLC** *and*
**Uber Technologies, Inc.**
*Through their registered agent, C T Corporation System*
3867 Plaza Tower Drive
Baton Rouge, LA 70816

*-and-*

**ABC Insurance Company**